IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BETTY CAITLIN NICOLE SMITH,**

    **Plaintiff,**

v.                              Case No.   4:17cv110-MW/CAS

**JUDGE ANDREW DECKER, III,
and MONICA TAIBL,**

    **Defendant.**
_____/

ORDER ACCEPTING
<u>REPORT AND RECOMMENDATION</u>

    This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 8.   Accordingly

    IT IS ORDERED:

    The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Inasmuch as this Court lacks authority to review or control the decisions which are entrusted to state court judges presiding over family law matters, Plaintiff's complaint, ECF No. 1, is **DISMISSED**."   The Clerk shall close the file.

    **SO ORDERED on March 31, 2017.**

                                                 **s/Mark E. Walker            \_\_\_\_
                                               United States District Judge**